FILED

08 MAY 14 PM 3:02

BY: ECL      DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 1546 W

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| EMMANUEL HERNANDEZ-GAYOSSO, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Emmanuel Hernandez-Gayosso, Criminal Case No. 08CR0908-W.

DATED: May 14, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney